# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| DANIEL WALLACE, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. CV408-086 |
| CHATHAM COUNTY SUPERIOR COURT, | ) ) ) ) |
| Defendant. | ) |

## **REPORT AND RECOMMENDATION**

On May 5, 2008, Daniel Wallace filed a complaint pursuant to 42 U.S.C. § 1983. (Doc. 1.) He did not pay the $350 filing fee or move to proceed *in forma pauperis* ("IFP"). On May 6, 2008, the Clerk sent Wallace a deficiency notice, which advised him to either pay the filing fee or move to proceed IFP. (Doc. 4.) The notice informed Wallace that his failure to comply within 20 days would result in the dismissal of his complaint without prejudice. (Id.) As Wallace has not responded to the notice by the

May 27 deadline, it appears that he has abandoned his claim. Consequently, this case should be **DISMISSED** without prejudice.

**SO REPORTED AND RECOMMENDED** this 29th day of May, 2008.

/s/ G.R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA