IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2008 JUN 13 PM 1: 10

DANIEL WALLACE,                    )
                                   )
     Plaintiff,              )
                                   )
v.                                 )        CASE NO. CV408-86
                                   )
CHATHAM COUNTY SUPERIOR            )
COURT,                             )
                                   )
     Defendant.              )
                                   )

## O R D E R

     After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

     SO ORDERED this *13th* day of June, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA